Alex Rice Kerr (SBN 264821)
Harmon Seidman Bruss & Kerr, LLC
PO Box 3097
Jackson, WY 83001
(970) 270-4718
alex@harmonseidman.com

Christopher Seidman (SBN 98884)
Harmon Seidman Bruss & Kerr, LLC
101 South Third Street, Suite 265
Grand Junction, Colorado 81501
(970) 245-9075
chris@harmonseidman.com

*Attorneys for Plaintiff Peter Menzel*

Jeremy S. Goldman (SBN 306943)
Azita Iskandar (SBN 280749)
FRANKFURT KURNIT KLEIN & SELZ, P.C.
2029 Century Park East, Suite 1060
Los Angeles, CA 90067
Telephone: (310) 579-9600
Facsimile: (310) 579-9650
jgoldman@fkks.com
aiskandar@fkks.com

Edward H. Rosenthal*
Nicole Bergstrom*
FRANKFURT KURNIT KLEIN & SELZ, P.C.
488 Madison Avenue, 10th Floor
New York, New York 10022
Telephone: (212) 980-0120
Facsimile: (212) 593-9175
erosenthal@fkks.com
nbergstrom@fkks.com
*pending *pro hac vice* admission

*Attorneys for Defendant Scholastic Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PETER MENZEL, <br><br> Plaintiff, <br><br> v. <br><br> SCHOLASTIC, INC. <br><br> Defendant. | Case No. 17-cv-5499 <br><br> **STIPULATION TO SET BRIEFING SCHEDULE AND HEARING DATE REGARDING DEFENDANT'S MOTION TO DISMISS OR STRIKE** |

///

///

| | |
|---|---|
| 1 | Plaintiff Peter Menzel ("Menzel") and Defendant Scholastic Inc. ("Scholastic"), through their |
| 2 | undersigned counsel and pursuant to Local Rule 6-2, hereby join in the stipulated request to set a briefing |
| 3 | schedule regarding Scholastic's motion to dismiss Menzel's Complaint, or in the alternative, to strike certain |
| 4 | allegations (Doc. 20, "Motion"). The parties also request that a hearing date regarding the Motion be set for |
| 5 | March 8, 2018. |
| 6 | The parties stipulate to the following briefing schedule: |
| 7 | • Menzel's response to the Motion shall be due <u>January 11, 2018</u>; |
| 8 | • Scholastic's reply shall be due <u>January 25, 2018</u>; |
| 9 | • The hearing date for the Motion shall be <u>March 8, 2018</u>. |
| 10 | In support of the stipulated request, the parties state the following: |
| 11-13 | • Menzel filed the Complaint on September 22, 2017. Menzel and Scholastic stipulated to an extension of time for Scholastic to file a responsive pleading by December 6, 2017 (Doc. 14). |
| 14-15 | • Under Local Rule 7-3, the current deadline for Menzel to respond to the Motion is December 20, 2017. The deadline for Scholastic to submit a reply is December 27, 2018. |
| 16-17 | • A case management conference has not yet been set, and the stipulated briefing schedule will not impact the schedule for this case or any existing deadlines. |
| 18-19 | • The stipulated briefing schedule will accommodate the upcoming holiday calendar and allow the parties to fully address the merits of the Motion. |

Respectfully submitted,

DATED: December 14, 2017   By: *Alex Rice Kerr*
　　　　　　　　　　　　　　　　Alex Rice Kerr
　　　　　　　　　　　　　　　　HARMON SEIDMAN BRUSS & KERR, LLC
　　　　　　　　　　　　　　　　Attorney for Plaintiff Peter Menzel

DATED: December 14, 2017   By: *Azita Iskandar*
　　　　　　　　　　　　　　　　Azita Iskandar
　　　　　　　　　　　　　　　　FRANKFURT KURNIT KLEIN & SELZ, P.C.
　　　　　　　　　　　　　　　　Attorney for Defendant Scholastic, Inc.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

BY THE COURT



_____
Hon. Edward M. Chen
United States District Judge

---

STIPULATION TO SET BRIEFING SCHEDULE　　　　2　　　　17-CV-05499-EMC