**FRANKFURT KURNIT KLEIN & SELZ, P.C.**
Jeremy S. Goldman (SBN 306943)
Azita Iskandar (SBN 280749)
Jessica R. Medina (SBN 302236)
2029 Century Park East, Suite 1060
Los Angeles, CA 90067
Telephone: (310) 579-9600
Facsimile: (310) 579-9650
jgoldman@fkks.com
aiskandar@fkks.com
jmedina@fkks.com

Edward H. Rosenthal*
Nicole Bergstrom*
488 Madison Avenue, 10th Floor
New York, New York 10022
Phone: (212) 980-0120
Fax: (212) 593-9175
erosenthal@fkks.com
nbergstrom@fkks.com
*Admitted *pro hac vice*

*Attorneys for Defendant Scholastic, Inc.*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER MENZEL,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SCHOLASTIC, INC.,<br><br>　　　　Defendant. | Case No. 17-cv-5499<br><br>**STIPULATION TO CONTINUE MAY 31, 2018 CASE MANAGEMENT CONFERENCE, SET BRIEFING SCHEDULE AND HEARING DATE REGARDING DEFENDANT SCHOLASTIC INC.'S MOTION TO DISMISS OR STRIKE** |

　　　　Plaintiff Peter Menzel ("Menzel") and Defendant Scholastic Inc. ("Scholastic") by and through their undersigned attorneys, and pursuant to Local Rule 6-2, hereby join in this stipulated request to continue the Case Management Conference currently scheduled for May 31, 2018, and set a briefing

schedule and hearing date regarding Scholastic's anticipated motion to dismiss Menzel's First Amended Complaint, or in the alternative, to strike certain allegations:

WHEREAS the initial Complaint in this action was filed on September 22, 2017;

WHEREAS Scholastic moved to dismiss the Complaint on December 6, 2017;

WHEREAS the Court granted Scholastic's Motion to Dismiss with leave to amend on March 19, 2018 (Dkt. 42);

WHEREAS Menzel filed his First Amended Complaint on May 14, 2018 (Dkt. 47);

WHEREAS Scholastic intends to move to dismiss the First Amended Complaint, or in the alternative, to strike certain allegations;

WHEREAS under the Federal Rules of Civil Procedure and the Local Rules for the Northern District of California, the current deadline for Scholastic to file a Motion to Dismiss the First Amended Complaint is May 29, 2018, the current deadline for Menzel to respond to the Motion is June 11, 2018, and the current deadline for Scholastic to file a reply is June 18, 2018;

WHEREAS a Further Case Management Conference is currently scheduled for May 31, 2018 at 10:30 a.m.;

WHEREAS the parties agree that continuing the Case Management Conference until thirty (30) days after the Court decides Scholastic's anticipated Motion to Dismiss the First Amended Complaint will promote the interests of judicial efficiency;

WHEREAS the stipulated briefing schedule will allow the parties to fully address the merits of the Motion.

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that:

1. Scholastic's Motion to Dismiss the First Amended Complaint, or in the alternative, to strike certain allegations, shall be due **June 11, 2018**.
2. Menzel's Opposition to the Motion shall be due **July 2, 2018**.
3. Scholastic's Reply shall be due **July 13, 2018**.
4. The hearing date for the Motion shall be ~~**July 19, 2018**~~. August 2, 2018 at 1:30 p.m.
5. The Case Management Conference, currently scheduled for May 31, 2018, shall be ~~continued until thirty (30) days after the date on which the Court issues a decision on~~

~~Scholastic's Motion~~ to Dismiss the First Amended Complaint, or in the alternative, to strike certain allegations, ~~or until such time as is convenient for the Court.~~

```
reset for September 13, 2018 at 9:30 a.m.  Joint CMC statement due
September 6, 2018.
```

Respectfully submitted,

Dated: May 17, 2018         By: /s/ Alex Rice Kerr
                                Alex Rice Kerr
                                HARMON SEIDMAN BRUSS & KERR, LLC
                                Attorney for Plaintiff Peter Menzel

Dated: May 17, 2018         By: /s/ Jessica R. Medina
                                Jessica R. Medina
                                FRANKFURT KURNIT KLEIN & SELZ, P.C.
                                Attorney for Defendant Scholastic Inc.

## **ATTESTATION**

Pursuant to Northern District Local Rule 5-1(i), the filer of this document hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

Dated: May 17, 2018         By: /s/ Jessica R. Medina
                                Jessica R. Medina
                                FRANKFURT KURNIT KLEIN & SELZ, P.C.
                                Attorney for Defendant Scholastic Inc.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** (as modified above)

BY THE COURT:

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen
United States District Court for the Northern District