**FRANKFURT KURNIT KLEIN & SELZ, P.C.**
Jeremy S. Goldman (SBN 306943)
Azita Iskandar (SBN 280749)
Jessica R. Medina (SBN 302236)
2029 Century Park East, Suite 1060
Los Angeles, CA 90067
Telephone: (310) 579-9600
Facsimile: (310) 579-9650
jgoldman@fkks.com
aiskandar@fkks.com
jmedina@fkks.com

Edward H. Rosenthal*
Nicole Bergstrom*
488 Madison Avenue, 10th Floor
New York, New York 10022
Phone: (212) 980-0120
Fax: (212) 593-9175
erosenthal@fkks.com
nbergstrom@fkks.com
*Admitted *pro hac vice*

*Attorneys for Defendant Scholastic, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER MENZEL,<br><br>    Plaintiff,<br><br>v.<br><br>SCHOLASTIC, INC.,<br><br>    Defendant. | Case No. 17-cv-5499<br><br>**STIPULATION TO CONTINUE AUGUST 2, 2018 HEARING DATE REGARDING DEFENDANT SCHOLASTIC INC.'S MOTION TO DISMISS OR STRIKE AND [PROP<s>OSED</s>] ORDER** |

 Plaintiff Peter Menzel ("Menzel") and Defendant Scholastic Inc. ("Scholastic") by and through their undersigned attorneys, and pursuant to Local Rule 6-2, hereby stipulate and agree as follows:

WHEREAS, on June 11, 2018, Scholastic filed its Motion to Dismiss Plaintiff's First Amended Complaint, or in the Alternative, to Strike Certain Allegations (Dkt. 51) (the "Motion");

WHEREAS, the Motion is presently set for hearing on August 2, 2018 at 2:30 p.m. in Courtroom 5 of the San Francisco Courthouse (Dkt. 52);

WHEREAS counsel for Scholastic has a scheduling conflict preventing participation in a hearing in San Francisco on August 2, 2018;

WHEREAS, the parties have met and conferred, and agree in the interests of justice and professional courtesy that a continuance of the hearing on the Motion will benefit all parties and the Court, and will not result in any prejudice.

ACCORDINGLY, THE PARTIES HEREBY STIPULATE and respectfully request the Court continue the hearing on the Motion to August 9, 2018, or a date thereafter acceptable to the Court.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: June 28, 2018     By: */s/ Alex Rice Kerr*
Alex Rice Kerr
HARMON SEIDMAN BRUSS & KERR, LLC
Attorney for Plaintiff Peter Menzel

Dated: June 28, 2018     By: */s/ Jessica R. Medina*
Jessica R. Medina
FRANKFURT KURNIT KLEIN & SELZ, P.C.
Attorney for Defendant Scholastic Inc.

## **ATTESTATION**

Pursuant to Northern District Local Rule 5-1(i), the filer of this document hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

Dated: June 28, 2018     By: */s/ Jessica R. Medina*
Jessica R. Medina
FRANKFURT KURNIT KLEIN & SELZ, P.C.
Attorney for Defendant Scholastic Inc.

**[P~~RO~~POSED] ORDER**

PURSUANT TO STIPULATION OF THE PARTIES, AND GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that the Hearing on Defendant Scholastic Inc.'s Motion to Dismiss Plaintiff's First Amended Complaint, or in the Alternative, to Strike Certain Allegations is continued from Thursday, August 2, 2018, at 2:30 p.m. to Thursday, August 9, 2018, at 1:30 p.m. The briefing schedule remains unchanged.

BY THE COURT:



_____
Hon. _____
United States District Judge, Northern
District of California

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of June, 2018, I electronically filed the foregoing STIPULATION TO CONTINUE AUGUST 2, 2018 HEARING DATE REGARDING DEFENDANT SCHOLASTIC INC.'S MOTION TO DISMISS OR STRIKE AND [PROPOSED] ORDER with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Alex Rice Kerr
Harmon Seidman Bruss & Kerr, LLC
PO Box 3097
Jackson, WY 83001
Alex@harmonseidman.com

Christopher Seidman
Harmon Seidman Bruss & Kerr, LLC
101 South Third Street, Suite 265
Grand Junction, CO 81501
Chris@harmonseidman.com

Azniv Khararjian