United States District Court
Northern District of California

1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7    PETER MENZEL,                          Case No. 3:17-cv-05499-EMC   (KAW)

8                Plaintiff,                 **ORDER REGARDING 9/6/19 JOINT
                                            DISCOVERY LETTER**
9         v.
                                            Re: Dkt. No. 100
10   SCHOLASTIC, INC.,

11                Defendant.

12

13         On September 6, 2019, the parties filed a joint letter, in which Plaintiff Peter Menzel

14   claims that Defendant Scholastic, Inc. has been withholding relevant and discoverable information

15   responsive to his document requests. (Joint Letter, Dkt. No. 100.)

16         Plaintiff created a table listing the outstanding documents pertaining to the 17 licenses at

17   issue, which he claims is incomplete. (Joint Letter at 2, Ex. A.)  In response, Scholastic claims that

18   it received the first version of the table on June 4, 2019, and has responded to it and two

19   subsequent versions to correct multiple errors, and to confirm that it was not withholding

20   documents. (Joint Letter at 3.)  Plaintiff is not convinced, and requests that the Court compel

21   Scholastic to produce its licenses, copies of relevant publication pages, and complete usage

22   information for the photographs and publications identified in the second amended complaint.

23   (Joint Letter at 1.)

24         Scholastic claims that it is not withholding or refusing to produce documents, but, rather,

25   has extracted every piece of information regarding Plaintiff from its databases to identify relevant

26   uses. (Joint Letter at 2.)  Scholastic points out that some of these publications are over 20 years

27   old, and that it no longer has copies of all documents. *Id.* at 3.  Others documents, due to their age,

28   are the only copies in Scholastic's library, which Scholastic has offered to make available for

inspection. *Id.* To the extent that Scholastic has been unable to locate all documents after a diligent search, it need not produce those documents that it cannot find, so Plaintiff's request to compel such documents is denied. Scholastic, however, is reminded of its ongoing obligation to supplement its responses and produce responsive documents under Rule 26.

Finally, the Court denies Plaintiff's request to permit full briefing on this matter. The parties are reminded that, since discovery in this case has been referred to the undersigned, any future joint letters must comply with the format outlined in Judge Westmore's standing order.

IT IS SO ORDERED.

Dated: September 23, 2019

KANDIS A. WESTMORE
United States Magistrate Judge