UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER MENZEL,<br><br>    Plaintiff,<br><br>v.<br><br>SCHOLASTIC, INC.,<br><br>    Defendant. | Case No. 17-cv-05499-EMC<br><br>**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO RECONSIDER**<br><br>Docket No. 136 |

Currently pending before the Court is Mr. Menzel's motion to reconsider regarding Rows 50 and 51. The motion is hereby **GRANTED** in part and **DENIED** in part.

- For each row, Scholastic did *not* dispute that it had exceeded the print run. Thus, to that limited extent, Mr. Menzel is entitled to summary adjudication.
- However, for each row, Scholastic *did* assert that it did not infringe by making some copies prior to the invoice date. To that extent, Mr. Menzel's motion for summary judgment or adjudication is denied. *See also* Docket No. 135 (Order at 24) (stating that there is a question of fact on "whether Mr. Menzel 'regularly issued licenses despite being aware that the publication had already been printed, or printed in part'").
- The Court reaffirms its prior ruling that Mr. Menzel's motion for summary judgment on the affirmative defense of copyright invalidity/unenforceability (based on infringement before registration) is denied. *See* Docket No. 135 (Order at 19) (noting that, "for Rows 50 and 51 of the SAC, the copyright registration for the photograph is October 2007, and Mr. Menzel seems to be claiming

infringement based on a book published in 2002"). As the parties note, this only impacts the issue of damages rather than liability. *See* Mot. at 2; Opp'n at 1.

Based on the above, Rows 50 and 51 shall, as the Court previously held, proceed to trial. This order disposes of Docket No. 136.

**IT IS SO ORDERED**.

Dated: January 8, 2020

_____
EDWARD M. CHEN
United States District Judge