**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

PETER MENZEL,

                Plaintiff,

vs.

SCHOLASTIC, INC.,

                Defendant.

Case No. 3:17-cv-05499-EMC

**STIPULATION OF DISMISSAL**

      Pursuant to Rule 4l(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, through their undersigned counsel, hereby stipulate that the above-captioned action is voluntarily dismissed WITH PREJUDICE. The Parties are to bear their own costs and attorneys' fees.

DATED: January 31, 2020

HARMON SEIDMAN & BRUSS, LLC

_s/ Amanda L. Bruss_
Amanda L. Bruss, Esq.
*Counsel for Plaintiff Peter Menzel*

FRANKFURT KURNIT KLEIN & SELZ, PC

_s/ Edward Rosenthal_
Edward Rosenthal, Esq.
*Counsel for Defendant Scholastic Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2020 I caused the foregoing **STIPULATION OF DISMISSAL** to be electronically filed with the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the attorneys of record.

s/Amanda L. Bruss

Amanda L. Bruss



GRANTED

Judge Edward M. Chen

Dated: 1/31/2020